254

**Chester W. CRUM v. Honorable Guy T. HELVERING, Judge, United States District Court, Topeka, Kansas.**

No. 3172.

Circuit Court of Appeals, Tenth Circuit.

June 12, 1945.

No appearance for either party.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Application for leave to file petition for writ of mandamus denied.

**Flavis G. GILBERT v. Honorable Guy T. HELVERING, Judge, United States District Court, Topeka, Kansas.**

No. 3173.

Circuit Court of Appeals, Tenth Circuit.

June 12, 1945.

No appearance for either party.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Application for leave to file petition for writ of mandamus denied.

**John O. STORY v. STATE OF OKLAHOMA and R. B. Conner, Warden.**

No. 3174.

Circuit Court of Appeals, Tenth Circuit.

June 12, 1945.

No appearance for either party.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Judgment affirmed without written opinion.

**UNITED STATES of America v. Edward A. CORNEZ, Appellant.**

No. 8757.

Circuit Court of Appeals, Third Circuit.

Argued July 25, 1945.

Decided Aug. 2, 1945.

Louis Greenblatt, of Philadelphia, Pa., for appellant.

Richard J. Hughes, of Trenton, N. J. (Thorn Lord, U. S. Atty., of Newark, N. J., on the brief), for appellee.

Before BIGGS, WALLER, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.

**UNITED STATES of America v. Emanuel HECHT, Appellant.**

No. 8731.

Circuit Court of Appeals, Third Circuit.

Argued July 23, 1945.

Decided Aug. 2, 1945.

George R. Sommer, of Newark, N. J., for appellant.

Vincent E. Hull, of Newark, N. J. (Thorn Lord, U. S. Atty., of Newark, N. J., on the brief), for appellee.

Before BIGGS, WALLER, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.